IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-02490-CMA-MEH

KELLY BOHM,

    Plaintiff,

v.

MEDIX STAFFING SOLUTIONS, INC.,

    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 29). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: March 8, 2018

                                        BY THE COURT:

                                        CHRISTINE M. ARGUELLO
                                        United States District Judge